UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. *25-3250*

THOMAS S. NEUBERGER; JERRY L. MARTIN; WILLIAM R. HAGUE, JR.; BRUCE C. SMITH; BRIDGEVILLE KENPO KARATE INC., DBA BKK Firearms; DELAWARE STATE SPORTSMEN'S ASSOCIATION INC.; BRIDGEVILLE RIFLE AND PISTOL CLUB LTD;

Appellants

v.

CABINET SECRETARY DELAWARE DEPARTMENT OF SAFETY AND HOMELAND SECURITY; SUPERINTENDENT DELAWARE STATE POLICE

(D. Del. No. 1:25-cv-01341)

ORDER

At the direction of the Court, the parties are ordered to file supplemental briefing as follows:

> Assuming that the appellants' motion at docket number 4 seeks injunctive relief, the appellees are directed to file a supplemental brief addressing whether such injunctive relief is appropriate. Such briefing shall address the claims asserted by all named plaintiffs, including those that the District Court dismissed. The supplemental brief shall be no longer than 4,000 words and shall be filed by Monday, November 24, 2025, at 5:00 p.m. The appellants may file a response to the appellee's supplemental brief and such response shall be no longer than 4,000 words and shall be filed by Tuesday, November 25, 2025, at 5:00 p.m.

For the Court,

*Patricia A Dodszuweit*

PATRICIA S. DODSZUWEIT,
Clerk


Dated: November 20, 2025
PDB/cc: All Counsel of Record