UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

ECO-010

No. 25-3250

THOMAS S. NEUBERGER; JERRY L. MARTIN; WILLIAM R. HAGUE, JR.; BRUCE C. SMITH; BRIDGEVILLE KENPO KARATE INC., d/b/a BKK Firearms; DELAWARE STATE SPORTSMEN'S ASSOCIATION INC.; BRIDGEVILLE RIFLE AND PISTOL CLUB LTD,

                    Appellants

v.

CABINET SECRETARY DELAWARE DEPARTMENT OF SAFETY AND HOMELAND SECURITY; SUPERINTENDENT DELAWARE STATE POLICE

(D. Del. No. 1:25-cv-01341)

Present: CHAGARES, *Chief Judge*, FREEMAN and BOVE, *Circuit Judges*

1. Appellants' Motion for Expedited Injunctive Relief
2. Appellees' Response
3. Appellees' Supplemental Opposition
4. Appellants' Response to Appellees' Supplemental Opposition

                    Respectfully,
                    Clerk/pdb

_____ORDER_____

The foregoing motion is denied. The Clerk of Court will issue a briefing schedule for merits briefs in the ordinary course.

                    By the Court,

                    *s/Arianna J. Freeman*
                    Circuit Judge

Dated: December 1, 2025
PDB/cc: All Counsel of Record

A True Copy:

Patricia S. Dodszuweit, Clerk