# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

No. 25-3250

_____

### DELAWARE STATE SPORTSMEN'S ASSOCIATION, INC., ET AL.,

Appellants-Plaintiffs

v.

### DELAWARE DEPARTMENT OF SAFETY AND HOMELAND SECURITY, ET AL.

Appellees-Defendants.

_____

Appeal from a Judgment of the United States District Court
for the District of Delaware (Noreika, J.)
(Dist. Ct. No. 1:25-cv-01341-MN)

_____

### APPELLANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE THEIR OPENING BRIEF

Francis G.X. Pileggi, Esquire
Alexander D. MacMullan, Esquire
LEWIS BRISBOIS
   BISGAARD & SMITH LLP
500 Delaware Ave., Suite 700
Wilmington, DE 19801
302-985-6000
Francis.Pileggi@LewisBrisbois.com
Alexander.MacMullan@LewisBrisbois.com

Dated: January 16, 2026

## I. Introduction

Appellants[1] respectfully submit this unopposed motion for a 30-day extension of time, until March 25, 2006, within which to file their opening brief and joint appendix in this appeal based on this Court's Order of January 14, 2026 establishing February 23, 2026 as the deadline. This appeal challenges the constitutionality of Delaware's Permit to Purchase handgun bill ("Permit Bill") that went into effect on November 16, 2025.

For the reasons set forth below, including those set forth in the accompanying Declaration of Francis G.X. Pileggi dated January 16, 2026 ("Pileggi Decl."), good cause exists for the extension.

## II. Relevant Procedural Background

Appellants filed their Complaint in this matter, along with a Motion for Expedited Injunctive Relief, in the United States District Court for the District of Delaware on November 3, 2025, seeking to enjoin the Permit Bill from being implemented. The District Court denied Appellants' Motion on Friday, November 14, 2025. After notifying this Court of their intention to appeal the denial that same day, the Appellants immediately filed an Emergency Motion for Expedited

---

[1] Appellants are Thomas S. Neuberger; Jerry L. Martin; William R. Hague, Jr.; Bruce C. Smith; Bridgeville Kenpo Karate, Inc., doing business as BKK Firearms; Delaware State Sportsmen's Association; and Bridgeville Rifle and Pistol Club, Ltd.

169944488.1

Injunctive Relief with this Court on Monday, November 17, 2025. This Court denied Appellants' Motion on December 1, 2025, and ordered the Clerk of Court: "[to] issue a briefing schedule for *merits briefs* in the ordinary course." (Dkt. 21.) (emphasis added).

On January 14, 2026, the Clerk of this Court issued a briefing and scheduling order in this matter with the following deadlines (Dkt. 23-2):

(1) Appellant's opening brief and joint appendix shall be filed on or before February 23, 2026;
(2) Appellee's brief shall be filed and served within thirty days of service of Appellant's brief; and
(3) Any reply brief shall be filed and served within twenty-one (21) days of service of Appellee's brief.

Appellants understand that due to the passage of time, the "merits" issue to be consider in the Parties' merits' briefing is whether the requirement for a citizen of the State of Delaware to obtain a permit as a prerequisite to purchase a handgun under the discretionary scheme set forth in 11 *Del. C*. §1448D violates the Second Amendment.

Appellants have not previously requested an extension of time for their Opening Brief. Appellees do not oppose the requested extension.

### III. Legal Argument—Good Cause Exists For Granting Appellants' Request to Extend Time

Pursuant to Fed. R. App. P. 26(b) and Third Circuit Rule 31.4, a party's request for an extension time may be granted for good cause. *See* Fed. R. App. P.

26(b) ("For good cause, the court may extend the time prescribed by these rules or by its order to perform any act, or may permit an act to be done after that time expires."); Third Circuit Rule 31.4 ("A party's first request for an extension of time to file a brief must set forth good cause. Generalities, such as the purpose of the motion is not for delay or that counsel is too busy, are not sufficient.")

Counsel for Appellants respectfully request that the Court grant this motion for a 30-day extension of time, until March 25, 2026, within which to file their Opening Brief for the reasons explained herein and in the accompanying Declaration of Francis G.X. Pileggi.

Those reasons include several conflicting personal and professional matters between now and the current due date of February 23, 2026. *See* Pileggi Decl. ¶¶5-11.

Specifically, an extension is needed because:

(i) Mr. Pileggi, lead counsel in this matter, has a previously planned non-refundable overseas family vacation from February 14th to February 24th. *Id.*, ¶5.

(ii) Mr. Pileggi also has a Delaware Supreme Court Reply Brief currently due on February 23rd in *Del Dept. of Safety and Homeland Sec. v. Birney*, No. 412, 2025 (Del. 2025).[2] *Id.*, at ¶6.

(iii) In addition, the only other current co-counsel of record for Appellants in this appeal, Alexander D. MacMullan, will be on paternity leave beginning January 21, 2026 until March 2, 2026. *Id.*, ¶7.

Therefore, good cause exists for Appellants requested extension.

### IV. Conclusion

Because (i) Appellants' lead counsel has several conflicting personal and professional matters — as described above — between now and the current due date, (ii) other counsel of record for Appellants' will be on paternity leave for the relevant time period, (iii) this is Appellants' first extension request, which is not being sought for purposes of delay, (iv) this request is uncontested, and (v) good cause exists for Appellants' proposed extension, Appellants respectfully request that this Court grant them a 30-day extension of time, until March 25, 2026, within which

---

[2] The Delaware State agency in this case is also a party in the *Birney* case and has requested an extension of the briefing deadlines in that matter. Mr. Pileggi, opposing counsel in that case, has agreed to an extension. However, no extension has been granted as of the filing of this Motion.

to file their Opening Brief and joint appendix.

                                                Respectfully submitted,

                                                LEWIS BRISBOIS
                                                    BISGAARD & SMITH LLP

                                              */s/ Francis G.X. Pileggi*

OF COUNSEL:                        Francis G.X. Pileggi (No. 2624)
Joseph G.S. Greenlee           Alexander D. MacMullan
National Rifle Association of     500 Delaware Ave., Suite 700
  America – Institute for Legislative  Wilmington, DE 19801
  Action                                (302) 985-6000
11250 Waples Mill Road         Francis.Pileggi@LewisBrisbois.com
Fairfax, VA 22030               Alexander.MacMullan@LewisBrisbois.com

                                              *Counsel for Appellants-Plaintiffs*

Dated: January 16, 2026