

Francis G.X. Pileggi
500 Delaware Avenue, Suite 700
Wilmington, Delaware 19801
Francis.Pileggi@lewisbrisbois.com
Direct: 302.985.6000

July 14, 2026

***Via CM/ECF***

Patricia S. Dodszuweit
Clerk of the Court
United States Court of Appeals
   For the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

> **Re:** ***Thomas Neuberger, et al v. Cabinet Secretary Delaware Dept. of Safety, et al.*, Case No. 25-3250 - Withdrawal of Appearance**

Dear Ms. Dodszuweit:

Please note that Attorney Keith A. Walter, Jr. no longer represents Appellants. Please remove him as counsel for Appellants on the docket. Francis G.X. Pileggi and Alexander D. MacMullan of Lewis Brisbois Bisgaard & Smith LLP will continue to represent Appellants.

Counsel for Appellants are available should the Court have additional questions.

Respectfully,

*/s/ Francis G.X. Pileggi*

Francis G.X. Pileggi (Bar No. 2624)

cc:  Alexander D. MacMullan, Esquire (via email)
Joseph G.S. Greenlee, Esquire (via email)
Jennifer Kate Aaronson, Esquire (via CM/ECF)
Ian R. Liston, Esquire (via CM/ECF)

---

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND •MASSACHUSETTS • MINNESOTA • MISSISSIPPI • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA